| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)*                          Chapter   **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**      **PMB MANAGED FUND, LLC**

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)      **30-0682324**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **23046 Avenida de la Carlota**<br>**Suite 150**<br>**Laguna Hills, CA 92653**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange**<br>County | **Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify:

Debtor **PMB MANAGED FUND, LLC** _____ Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

Debtor **PMB MANAGED FUND, LLC** _____  Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **PMB MANAGED FUND, LLC**     Case number (*if known*) _____
     Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 18, 2017**
                        MM / DD / YYYY

**X /s/ Howard Grobstein**                     **Howard Grobstein**
Signature of authorized representative of debtor       Printed name

Title    **Chief Restructuring Officer**

**18. Signature of attorney**

**X /s/ Lei Lei Wang Ekvall**                Date **May 18, 2017**
Signature of attorney for debtor                        MM / DD / YYYY

**Lei Lei Wang Ekvall**
Printed name

**SMILEY WANG-EKVALL, LLP**
Firm name

**3200 Park Center Drive, Suite 250**
**Costa Mesa, CA 92626**
Number, Street, City, State & ZIP Code

Contact phone **(714) 445-1000**      Email address **lekvall@swelawfirm.com**

**163047, California**
Bar number and State

Fill in this information to identify the case:

Debtor name: **PMB MANAGED FUND, LLC**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Equity Trust Company Custodian FBO Daniel J. Morefield, IRA** **27521 Manor Hill Rd** **Laguna Niguel, CA 92677** | | **Membership Equity Holder** | | | | **$92,834.80** |
| **Equity Trust Co Custodian FBO Jay Nash** **26 Bodega Bay** **Irvine, CA 92602** | | **Membership Equity Holder** | | | | **$39,206.22** |
| **Equity Trust Co. Custodian FBO The Marilou Heckman Revocable Trust** **33555 Halyard Dr** **Dana Point, CA 92629** | | **Membership Equity Holder** | | | | **$152,123.55** |
| **Equity Trust Co. Custodian FBO Trust B u the Roger & Marilou Heckman Family Trust** **33555 Halyard Drive** **Dana Point, CA 92629** | | **Membership Equity Holder** | | | | **$43,763.46** |
| **Equity Trust Co., Custodian FBO: Brian Allen, IRA** **24 Wooded River Drive** **Garden Valley, ID 83622** | | **Membership Equity Holder** | | | | **$269,223.36** |

Debtor **PMB MANAGED FUND, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Equity Trust Company FBO McNally-Krainz Family Trust 840 Flaming Arrow Prescott, AZ 86301** | | **Membership Equity Holder** | | | | $64,501.12 |
| **Equity Trust Company FBO Dennis Vaccaro SEP IRA 2409 Camino Oleada San Clemente, CA 92673** | | **Membership Equity Holder** | | | | $72,711.65 |
| **Equity Trust Company Custodian FBO Laurel J. Enloe 302 E. Cypress Anaheim, CA 92805** | | **Membership Equity Holder** | | | | $96,851.55 |
| **Equity Trust Company Custodian FBO Carolyn Huntenburg, IRA 61 Bolton St. #202 Cambridge, MA 02140** | | **Membership Equity Holder** | | | | $61,329.17 |
| **Equity Trust Company Custodian FBO Laurel J. Enloe 8487 E. Frostwood Street Anaheim, CA 92808** | | **Membership Equity Holder** | | | | $187,844.41 |
| **Equity Trust Company Custodian FBO Jay Nash IRA 26 Bodega Bay Irvine, CA 92602** | | **Membership Equity Holder** | | | | $139,916.53 |
| **Equity Trust Company Custodian FBO The Ivar Trust 209 S. Stephanie St. B 124 Henderson, NV 89012** | | **Membership Equity Holder** | | | | $138,738.41 |
| **ETC FBO Beneficary Marilou Heckman IRA 33555 Halyard Dr Dana Point, CA 92629** | | **Membership Equity Holder** | | | | $319,416.72 |

Debtor **PMB MANAGED FUND, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ETC FBO Donney F. Ramsey**<br>**28011 Cascabel**<br>**Mission Viejo, CA 92692** | | **Membership Equity Holder** | | | | **$224,094.72** |
| **ETC FBO Elaine Garland**<br>**419 Main Street #33**<br>**Huntington Beach, CA 92648** | | **Membership Equity Holder** | | | | **$167,576.29** |
| **ETC FBO Pinkowski Family Trust**<br>**2124 Colina Del Arco Iris**<br>**San Clemente, CA 92673** | | **Membership Equity Holder** | | | | **$451,587.22** |
| **ETC FBO Ritchie Wright IRA**<br>**9542 Scotstoun Drive**<br>**Huntington Beach, CA 92646** | | **Membership Equity Holder** | | | | **$79,790.48** |
| **ETC FBO Robert E. Fields IRA**<br>**28792 Mira Vista**<br>**Laguna Niguel, CA 92677** | | **Membership Equity Holder** | | | | **$119,861.97** |
| **ETC FBO The Egger Trust**<br>**28832 Drakes Bay**<br>**Laguna Niguel, CA 92677** | | **Membership Equity Holder** | | | | **$79,689.59** |
| **ETC FBO William and Carolyn Huntenburg**<br>**61 Bolton St. #202**<br>**Cambridge, MA 02140** | | **Membership Equity Holder** | | | | **$51,954.61** |

```
PMB MANAGED FUND, LLC
23046 Avenida de la Carlota
Suite 150
Laguna Hills, CA 92653


Lei Lei Wang Ekvall
SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626


Deluca Family Trust
Blake D. Deluca & Deborah J. Deluca, Tru
21492 Moresby Way
Lake Forest, CA 92630


EMPLOYMENT DEVELOPMENT DEPT.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Equity  Trust Company Custodian
FBO Daniel J. Morefield, IRA
27521 Manor Hill Rd
Laguna Niguel, CA 92677


Equity Trust Co Custodian FBO Jay Nash
26 Bodega Bay
Irvine, CA 92602


Equity Trust Co. Custodian FBO
The Marilou Heckman Revocable Trust
33555 Halyard Dr
Dana Point, CA 92629


Equity Trust Co. Custodian FBO Trust B u
the Roger & Marilou Heckman Family Trust
33555 Halyard Drive
Dana Point, CA 92629
```

Equity Trust Co., Custodian
FBO: Brian Allen, IRA
24 Wooded River Drive
Garden Valley, ID 83622


Equity Trust Company
FBO Dennis Vaccaro SEP IRA
2409 Camino Oleada
San Clemente, CA 92673


Equity Trust Company
FBO McNally-Krainz Family Trust
840 Flaming Arrow
Prescott, AZ 86301


Equity Trust Company
FBO: Cindy Metzger Fazendin
24595 Dardania Avenue
Mission Viejo, CA 92691


Equity Trust Company Custodian
FBO William Huntenburg, IRA
61 Bolton St. #202
Cambridge, MA 02140


Equity Trust Company Custodian
FBO Carolyn Huntenburg, IRA
61 Bolton St. #202
Cambridge, MA 02140


Equity Trust Company Custodian
FBO The Ivar Trust
209 S. Stephanie St. B 124
Henderson, NV 89012


Equity Trust Company Custodian
FBO Jay Nash IRA
26 Bodega Bay
Irvine, CA 92602

Equity Trust Company Custodian
FBO Laurel J. Enloe
302 E. Cypress
Anaheim, CA 92805


Equity Trust Company Custodian
FBO Laurel J. Enloe
8487 E. Frostwood Street
Anaheim, CA 92808


Equity Trust Company, Custodian
FBO: Richard J Fazendin
23692 Calle Hogar
Mission Viejo, CA 92691


ETC FBO Beneficary Marilou Heckman IRA
33555 Halyard Dr
Dana Point, CA 92629


ETC FBO Donney F. Ramsey
28011 Cascabel
Mission Viejo, CA 92692


ETC FBO Elaine Garland
419 Main Street #33
Huntington Beach, CA 92648


ETC FBO Ferguson Family Trust
9 Stolen Will Court
Stafford, VA 22554


ETC FBO Pinkowski Family Trust
2124 Colina Del Arco Iris
San Clemente, CA 92673

ETC FBO Ritchie Wright IRA
9542 Scotstoun Drive
Huntington Beach, CA 92646


ETC FBO Robert E. Fields IRA
28792 Mira Vista
Laguna Niguel, CA 92677


ETC FBO The Egger Trust
28832 Drakes Bay
Laguna Niguel, CA 92677


ETC FBO The Revocable Hanson
Inter Vivos Trust
16401 Normandy Lane
Huntington Beach, CA 92647


ETC FBO Thomas Pinkowski IRA
2124 Colina Del Arco Iris
San Clemente, CA 92673


ETC FBO Tonya Pinkowski IRA
2124 Colina Del Arco Iris
San Clemente, CA 92673


ETC FBO William and Carolyn Huntenburg
61 Bolton St. #202
Cambridge, MA 02140


ETC FBP Mary Gwen Ferguson IRA
9 Stolen Will Court
Stafford, VA 22554

```
ETC FBP Michael Wisnev IRA
3208 Bonnie Hill Drive
Los Angeles, CA 90068


FRANCHISE TAX BOARD
Bankruptcy Section MS: A-260
P.O. Box 2952
Sacramento, CA 95812-2952


INTERNAL REVENUE SERVICE
P.O. Box 7346
Philadelphia, PA 19101-7346


STATE BOARD OF EQUALIZATION
Account Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029


US SECURITIES EXCHANGE COMM.
Attn.  Bankruptcy Counsel
444 South Flower Street
Suite 900
Los Angeles, CA 90071-9591


WJA Asset Management, LLC
23046 Avenida de la Carlota
Suite 150
Laguna Hills, CA 92653
```